Commonwealth ex rel. Gachot *v.* Gachot, Appellant.

Argued December 7, 1972. *Milton S. Lazaroff,* with him *Techner, Rubin & Shapiro,* for appellant; *F. Eisenhart,*

with him *Samuel T. Swansen,* and *Dechert, Price & Rhoads,* for appellee.

Order affirmed.